# United States Court of Appeals

## For the First Circuit

No. 07-1571

DIMITRULLA JORGJI, PANDELI JORGJI,
and ANGJELLO JORGJI,

Petitioners,

v.

MICHAEL MUKASEY, ATTORNEY GENERAL,

Respondent.

ON PETITION FOR REVIEW OF AN ORDER

OF THE BOARD OF IMMIGRATION APPEALS

**ERRATA**

The opinion of this court dated January 24, 2008, is amended as follows:

On page 11, line 8:  replace the phrase "attempting the cross" with "attempting to cross."

On page 15, line 18:  replace the phrase "and application is considered" with "an application is considered."